## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

GREGORY IFESINACHI EZEANI,

       Plaintiff,

v.                                         No. 2:23-cv-00539-MIS-KRS

ABDEL HAMEED BADAWY,
STEVE STOCHAJ,
DAVID V. JAUREGUI, and
PHAME CAMARENA,

       Defendants.

## **FINAL JUDGMENT**

      Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Court's Memorandum Opinion

and Order dismissing Plaintiff's case,

      **IT IS ORDERED** that this case is **DISMISSED without prejudice.**


_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE